**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KEVIN JOSEPH CARROLL

                    Plaintiff,                    20 **CIVIL** 4918(PKC)

      -against-                      **JUDGMENT**

WELLS FARGO CLEARING SERVICES, LLC,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 17, 2021, Petitioner Carroll's motion to vacate the award (Doc 4) is DENIED; Respondent Wells Fargo's cross-motion to confirm the award (Doc 15) is GRANTED; final judgment is entered for Respondent Wells Fargo in the amount $715,654.41 plus attorneys' fees and costs in the amount of $17,019.

**Dated**: New York, New York
        February 18, 2021

                                                  **RUBY J. KRAJICK**
                                                   Clerk of Court
                                   BY:
                                                     Deputy Clerk